# IN THE SUPREME COURT OF THE STATE OF NEVADA

NICKEL MINE AVENUE TRUST,
                    Appellant,
            vs.
BANK OF AMERICA, N.A.,
                    Respondent.

No. 77735

**FILED**

OCT 1 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Chief Judge, The Eighth Judicial District Court
      Hon. Robert E. Estes, Senior Judge
      John Walter Boyle, Settlement Judge
      Kerry P. Faughnan
      Akerman LLP/Las Vegas
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-42396